UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CARLTON M. BOWMAN ) <br>     Plaintiff ) <br> ) <br> V. ) <br> ) <br> PATRIOTS CORPORATION ) <br>     Defendants ) <br> ) | Civil Action <br><br> No. |

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

Now comes the Plaintiff in the above-entitled matter and for his complaint states:

**General Factual Allegations**

1. The Plaintiff, Carlton Bowman, is a resident of New Bedford, Massachusetts.

2. The Defendant, Patriots Corporation, is a foreign corporation duly organized and existing under the laws of the Commonwealth of Massachusetts.

3. On or about June 21, 2019, the Defendant, Patriots Corporation, was doing business within the Commonwealth of Massachusetts.

4. On or about June 21, 2019, the Plaintiff, Carlton Bowman, was employed by the Defendant, Patriots Corporation.

5. On or about June 21, 2019, the Plaintiff, Carlton Bowman, was employed by the Defendant, Patriots Corporation, as a seaman and a member of the crew of the F/V RAIDERS.

6. On or about June 21, 2019, the Defendant, Patriots Corporation, owned the F/V RAIDERS.

7. The Defendant, Patriots Corporation, chartered the F/V RAIDERS from some

other person or entity such that on or about June 21, 2019, the Defendant, Patriots Corporation, was the owner pro hac vice of the F/V RAIDERS.

8. On or about June 21, 2019, the Defendant, Patriots Corporation, operated the F/V RAIDERS.

9. On or about June 21, 2019, the Defendant, Patriots Corporation, or the Defendant's agents, servants and/or employees, controlled the F/V RAIDERS.

10. On or about June 21, 2019, the F/V RAIDERS was in navigable waters.

11. On or about June 21, 2019, while in the in the performance of his duties in the service of the F/V RAIDERS, the Plaintiff, Carlton Bowman, sustained personal injuries.

12. Prior to and at the time he sustained the above-mentioned personal injuries, the Plaintiff, Carlton Bowman, was exercising due care.

## Jurisdiction

13. This Court has subject matter jurisdiction over this matter pursuant to The Merchant Marine Act of 1920, commonly called the Jones Act, 46 U.S.C., §30104 et. seq. (formerly §688 et. seq.).

14. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1331 and alternatively 28 U.S.C. § 1333.

## COUNT I

### CARLTON BOWMAN V. PATRIOTS CORPORATION
### (JONES ACT NEGLIGENCE)

15. The Plaintiff, Carlton Bowman, reiterates the allegations set forth in paragraphs 1 through 14 above.

16. The personal injuries sustained by the Plaintiff, Carlton Bowman, were not caused by any fault on his part but were caused by the negligence of the Defendant, its agents, servants and/or employees.

17. As a result of said injuries, the Plaintiff, Carlton Bowman, has suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

18. This cause of action is brought under the Merchant Marine Act of 1920, commonly called the Jones Act.

WHEREFORE, the Plaintiff, Carlton Bowman, demands judgment against the Defendant, Patriots Corporation, in an amount to be determined by a jury together with interest and costs.

## COUNT II

### CARLTON BOWMAN V. PATRIOTS CORPORATION
### (GENERAL MARITIME LAW  - UNSEAWORTHINESS)

19. The Plaintiff, Carlton Bowman, reiterates the allegations set forth in paragraphs 1 through 14 above.

20. The personal injuries sustained by the Plaintiff, Carlton Bowman, were due to no fault of his, but were caused by the unseaworthiness of the F/V RAIDERS.

21. As a result of said injuries, the Plaintiff, Carlton Bowman, has suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

22. This cause of action is brought under the General Maritime Law for

unseaworthiness and is for the same cause of action as Count II.

WHEREFORE, the Plaintiff, Carlton Bowman, demands judgment against the Defendant, Patriots Corporation, in an amount to be determined by a jury together with interest and costs.

## COUNT III

### CARLTON BOWMAN V. PATRIOTS CORPORATION
### (GENERAL MARITIME LAW - MAINTENANCE and CURE)

23. The Plaintiff, Carlton Bowman, reiterates all of the allegations set forth in Paragraphs 1 through 14 above.

24. As a result of the personal injuries described in paragraph 11 above, the Plaintiff, Carlton Bowman, has incurred and will continue to incur expenses for his maintenance and cure.

WHEREFORE, the Plaintiff, Carlton Bowman, demands judgment against the Defendant, Patriots Corporation, in an amount to be determined by a jury for maintenance and cure, together with costs and interest.

## COUNT IV

### Carlton Bowman vs. Patriots Corporation

### (GENERAL MARITIME LAW/JONES ACT - INTENTIONAL/NEGLIGENT FAILURE TO PROVIDE MAINTENANCE and CURE)

25. The Plaintiff, Carlton Bowman, reiterates the allegations set forth in paragraphs 1 through 14 above.

26. As a result of the personal injuries described in paragraph 11 above, the Plaintiff, Carlton Bowman, has incurred and will continue to incur expenses for his maintenance and cure.

27. The Plaintiff, Carlton Bowman, has made demand upon the Defendant, Patriots

Corporation, for the provision of maintenance and cure.

28. The Defendant, Patriots Corporation, has negligently, willfully, arbitrarily, and/or unreasonably failed to provide the Plaintiff with maintenance and cure in a timely and adequate manner.

29. As a result of the Defendant's failure to provide the Plaintiff maintenance and cure, the Plaintiff has sustained and will continue to sustain damages, including without limitation, pain of body and anguish of mind, lost time from his usual work and pursuits, medical and hospital expenses, attorneys fees, and has sustained and will sustain other damages as will be shown at trial.

WHEREFORE, the Plaintiff, Carlton Bowman, demands judgment against the Defendant, Patriots Corporation, in an amount to be determined by a jury as compensatory damages and punitive damages for failure to pay maintenance and cure, together with costs, interest, and reasonable attorneys fees.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES**

**RAISED IN COUNTS I, II, III & IV**

>Respectfully submitted for
>the Plaintiff, CARLTON BOWMAN,
>by his attorneys,
>
>/s/ Carolyn M. Latti
>CAROLYN M. LATTI
>BBO 567394
>Latti & Anderson LLP
>30-31 Union Wharf
>Boston, MA 02109
>(617) 523-1000

Dated: November 22, 2019